**STATE of Missouri, Respondent,**

v.

**Curtis BROWN, Appellant.**

**No. WD 48438.**

Missouri Court of Appeals,
Western District.

Feb. 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1995.

Application to Transfer Denied
May 30, 1995.

Patricia A. Richter, Asst. Appellate Defender, for appellant.

Philip M. Koppe, Asst. Atty. Gen., for respondent.

Before SPINDEN, P.J., and LOWENSTEIN and ELLIS, JJ.

## ORDER

PER CURIAM:

Curtis Brown appeals his conviction of forcible rape. We affirm the judgment. Rule 30.25(b)